164 A.3d 413

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KORY S. MCCLARY (A/K/A MERLIN MCCLARY, KORY MCLARY), DEFENDANT–PETITIONER.

March 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005197–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.